IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ARIGNA TECHNOLOGY LIMITED, § § § *Plaintiff*, § § v. § § BAYERISCHE MOTOREN WERKE AG, § BMW OF NORTH AMERICA, LLC, § § § *Defendants*. § | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:21-CV-00172-JRG (LEAD CASE) |
| v. § § DAIMLER AG, MERCEDES-BENZ USA, § LLC, VOLKSWAGEN GROUP OF § AMERICA, INC., VOLKSWAGEN AG, § § § *Defendants*. § | § § § § § § § § | CIVIL ACTION NO. 2:21-CV-00175-JRG (MEMBER CASE) |

**ORDER**

Before the Court is Plaintiff Arigna Technology Limited's ("Plaintiff") Rule 41(a)(1)(A)(i) Notice of Voluntary Dismissal Without Prejudice as to Daimler AG and Mercedes-Benz USA, LLC (the "Mercedes Notice"). (Dkt. No. 170). In the Mercedes Notice, Plaintiff dismisses without prejudice its claims against Defendants Daimler AG and Mercedes-Benz USA, LLC (together, the "Mercedes Defendants") in the above-captioned matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Having considered the Mercedes Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that Plaintiff's claims against the Mercedes Defendants in the above-captioned matter are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its

own costs, expenses, and attorneys' fees. This dismissal has no effect on Arigna's claims for relief against any other defendant in these consolidated cases. Similarly, this dismissal has no effect on any other action involving patents other than U.S. Patent No. 7,049,850 that Arigna has asserted against the Mercedes Defendants.[1]

Also before the Court is Plaintiff's Rule 41(a)(1)(A)(i) Notice of Voluntary Dismissal with Prejudice as to Volkswagen Defendants (the "Volkswagen Notice"). (Dkt. No. 171). In the Volkswagen Notice, Plaintiff dismisses with prejudice its claims against Defendants Volkswagen AG and Volkswagen Group of America Inc. (together, the "Volkswagen Defendants") in the above captioned matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Having considered the Volkswagen Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that Plaintiff's claims against the Volkswagen Defendants in the above-captioned matter are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. This dismissal has no effect on Arigna's claims for relief against any other defendant in these consolidated cases. Similarly, this dismissal has no effect on any other action involving patents other than U.S. Patent No. 7,049,850 that Arigna has asserted against the Volkswagen Defendants.[2]

In light of the above, the Clerk of the Court is directed to **CLOSE** Case No. 2:21-cv-00175 as no parties or claims remain. However, the Clerk of the Court is directed to **MAINTAIN AS OPEN** Case No. 2:21-cv-00172 (Lead Case) and Case No. 2:21-cv-00174 (Member Case) as other parties and claims remain.

---

[1] For example, *Arigna Technology Limited v. Volkswagen AG et al.*, Case No. 2:21-cv-00054 is unaffected by this Order. Similarly, this dismissal has no effect on In the Matter of Certain Power Inverters and Converters, Vehicles Containing the Same, and Components Thereof, United States Trade Commission Investigation No. 337-TA-1267.

[2] For example, *Arigna Technology Limited v. Volkswagen AG et al.* Case No. 2:21-cv-00054 is unaffected by this Order. Similarly, this dismissal has no effect on In the Matter of Certain Power Inverters and Converters, Vehicles Containing the Same, and Components Thereof, United States Trade Commission Investigation No. 337-TA-1267.

**So ORDERED and SIGNED this 25th day of January, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE