# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ARIGNA TECHNOLOGY LIMITED, § § § *Plaintiff*, § § § v. § CIVIL ACTION NO. 2:21-CV-00175-JRG § DAIMLER AG, MERCEDES-BENZ USA, § LLC, VOLKSWAGEN GROUP OF § AMERICA, INC., VOLKSWAGEN AG, § § § *Defendants*. § | |

## ORDER

Before the Court is the Stipulation Regarding Settlement (the "Stipulation") filed by Plaintiff Arigna Technology Limited and Defendants Daimler AG and Mercedes-Benz USA, LLC. (Dkt. No. 48.) In the Stipulation, the parties represent that they will treat the Court's Order of Dismissal (Dkt. No. 45) as a dismissal with prejudice. (*Id*. at 1.) The Court **ACCEPTS AND ACKNOWLEDGES** the parties' Stipulation.

Also before the Court is the Joint Motion to Withdraw Joint Motion to Dismiss Daimler AG and Mercedes-Benz USA, LLC With Prejudice (the "Motion"). (Dkt. No. 49.) In the Motion, the parties move to withdraw their joint motion to dismiss Daimler AG and Mercedes-Benz USA, LLC with prejudice filed on September 7, 2022 (Dkt. No. 47). (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the parties' Joint Motion to Dismiss Daimler AG and Mercedes-Benz USA, LLC With Prejudice (Dkt. No. 47) be **WITHDRAWN**.

The Clerk of Court is directed to maintain the above-captioned case as **CLOSED** as no parties or claims remain.

**So ORDERED and SIGNED this 4th day of October, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE